UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| ARIELLE LORRE, an individual, | Case No. 2:25-cv-05525-SVW-RAO |
| Plaintiff, | **[PROPOSED] DEFAULT JUDGMENT BY THE COURT AGAINST DEFENDANTS VICTOR CARRERAS GONZALEZ AND THEECOMFY LLC** |
| v. | |
| THEECOMFY LLC, a New Mexico limited liability company; and VICTOR CARRERAS GONZALEZ, an individual, | |
| Defendants. | |

The Court, having considered Plaintiff's Motion for Default Judgment against Defendants Theecomfy LLC and Victor Carreras Gonzalez, and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. Judgment is entered in favor of Plaintiff Arielle Lorre and against Defendants Theecomfy LLC and Victor Carreras Gonzalez, jointly and severally.

2. Plaintiff is awarded compensatory damages in the amount of $200,000.

3. Plaintiff is awarded punitive damages in the amount of $200,000.

4. Plaintiff is awarded attorneys' fees in the amount of $10,200.00.

5. Plaintiff is awarded prejudgment interest at the statutory rate from the date of the first misuse until the date of judgment in the amount of $_____, and post-judgment interest at the statutory rate from the date of judgment until paid.

6. Defendants Theecomfy LLC and Victor Carreras Gonzalez, their agents, servants, employees, attorneys, affiliates, and all persons in active concert or participation with them are permanently enjoined from:

    a) Using, publishing, or distributing any material that misappropriates Plaintiff's name, image, likeness, or voice, including but not limited to AI-generated content;

    b) Representing or implying that Plaintiff endorses, sponsors, or is affiliated with Defendant's products, business, or company; and

    c) Engaging in any unfair, unlawful, or fraudulent business practices in violation of California's Unfair Competition Law (Cal. Bus. & Prof. Code §§ 17200 et seq.) in connection with Plaintiff's rights.

7. Defendants shall immediately remove all images, videos, or likenesses of Plaintiff from his websites, social media accounts, and any other platforms under their control.

8. The total amount of the judgment due is $_____.

**SO ORDERED.**

Dated: _____, 2025

_____
Hon. Stephen V. Wilson
United States District Judge