Ronald N. Richards (Cal. State Bar No. 176246)
LAW OFFICES OF RONALD RICHARDS & ASSOCIATES, A.P.C.
Email: ron@ronaldrichards.com
P.O. Box 11480
Beverly Hills, California 90213
Telephone: (310) 556-1001
Facsimile: (310) 277-3325

Geoffrey S. Long (Cal. State Bar No. 187429)
LAW OFFICES OF GEOFFREY LONG, A.P.C.
Email: glong0607@gmail.com
1601 N. Sepulveda Blvd., No. 729
Manhattan Beach, California 90266
Telephone: (310) 480-5946
Facsimile: (310) 796-5663

Attorneys for Plaintiff ARIELLE LORRE, an individual

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ARIELLE LORRE, an individual, | Case No. 2:25-cv-05525-SVW-RAO |
| Plaintiff, | **PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION (DKT. #16)** |
| v. | |
| THEECOMFY LLC, a New Mexico limited liability company; and VICTOR CARRERAS GONZALEZ, an individual, | |
| Defendants. | |

**TO THE COURT AND DEFENDANTS THEECOMFY LLC AND VICTOR CARRERAS GONZALEZ:**

Plaintiff ARIELLE LORRE ("Plaintiff"), by and through her counsel, hereby responds to the Court's Order to Show Cause Re: Dismissal for Lack of Prosecution issued on September 10, 2025 (Dkt. #16), in which the Court ordered Plaintiff to show cause, in writing, on or before September 19, 2025, why this action should not be dismissed for lack of prosecution.

Plaintiff respectfully submits that this action should not be dismissed for lack of prosecution for the following reasons:

1. Plaintiff obtained entry of default against Defendants THEECOMFY LLC and VICTOR CARRERAS GONZALEZ pursuant to Federal Rule of Civil Procedure 55(a) on August 6, 2025 (Dkts. 14 and 15). The delay in seeking default judgment pursuant to Rule 55(b) was due to the need to prepare comprehensive documentation, including declarations and evidence of damages, to support the motion.

2. Plaintiff has diligently pursued this matter and has been actively preparing a Motion for Default Judgment and Permanent Injunction against both Defendants. That motion, including supporting declarations and a proposed order, is being finalized and will be filed concurrently herewith as Dkt. 17), prior to the expiration of the deadline set forth in this Order to Show Cause. The hearing on said motion is on October 20, 2025 at 1:30 p.m.

3. The delay in filing the motion for default judgment does not reflect a lack of prosecution but rather an effort to ensure that the motion is thoroughly supported to meet the Court's requirements under Local Rule 55-1 and 55-2.

4. Plaintiff remains committed to prosecuting this action and requests that the Court allow the filing of the forthcoming Motion for Default Judgment to satisfy the Order to Show Cause. Said motion will address all claims against

Defendants, including misappropriation of Plaintiff's name and likeness and violations of California's Unfair Competition Law, and seek appropriate relief.

WHEREFORE, Plaintiff respectfully requests that the Court find good cause to refrain from dismissing this action for lack of prosecution, discharge the order to show cause, and enter default judgment against both Defendants pursuant to the Motion for Default Judgment.

DATED: September 18, 2025   LAW OFFICES OF RONALD RICHARDS AND ASSOCIATES, A.P.C.

By:  /s/ Ronald Richards
Ronald Richards, Esq.
Attorneys for Plaintiff Arielle Lorre

DATED: September 18, 2025   LAW OFFICES OF GEOFFREY LONG, A.P.C.

By:  /s/ Geoffrey Long
Geoffrey Long, Esq.
Attorneys for Plaintiff Arielle Lorre

# CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California; I am over the age of 18 and not a party to the within action; my business address is P.O. Box 11480 Beverly Hills, CA 90213.

On the date indicated below, I served the foregoing document(s) described as:

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION (DKT. #16)**

on the interested parties to this action by delivering a copy thereof in a sealed envelope addressed to each of said interested parties at the following address(es):

Theecomfy LLC
2201 Menaul Blvd. NE, Ste. A
Albuquerque, NM 87107

Victor Carreras Gonzalez
2201 Menaul Blvd. NE, Ste. A
Albuquerque, NM 87107

X **(BY MAIL)** I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. This correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business at our Firm's office address in Los Angeles, California. Service made pursuant to this paragraph, upon motion of a party served, shall be presumed invalid if the postal cancellation date of postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury that the above is true and correct. Executed on September 18, 2025, in Los Angeles, CA

/s/ Ronald Richards

RONALD RICHARDS