JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No.: 2:25-cv-05525-SVW-RAO | Date: November 10, 2025 |
| Title: Arielle Lorre et al v. Theecomfy LLC et al | |

Present: The Honorable **STEPHEN V. WILSON, United States District Judge**

| Daniel Tamayo | C/S 11-10-2025 |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Moromi Stelmach | None Present |

**Proceedings:** **MOTION for Default Judgment against defendants THEECOMFY LLC, a New Mexico limited liability company and VICTOR CARRERAS GONZALEZ, an individual filed by Plaintiff [17]**

Court and Counsel confer. For the reasons stated on the record, the Court ORDERS the following:

- The Court **GRANTS** the Motion [17], **at the amount of $17,030.13.**